UNITED STATES of America,
Plaintiff—Appellee,

v.

Darrell Dorian MIGGINS, a/k/a Darrell
Miggins, Defendant—Appellant.

No. 08–7686.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2009.

Decided: April 22, 2009.

Darrell Dorian Miggins, Appellant Pro Se. Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Dorian Miggins appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Miggins,* No. 3:00–cr–00014–nkm–2 (W.D.Va. Aug. 4, 2008). We deny Miggins' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*